UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BESSIE E. SWANN, | ) |
| Movant, | ) ) ) |
| v. | ) Misc. No. 05-0492 (ESH) |
| SECRETARY, DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER OF REFERRAL

It is this 6th day of December, 2005, hereby

**ORDERED** that pursuant to Local Rule 72.3, this case is referred to United States Magistrate Judge Deborah Robinson for a Report and Recommendation on Movant's Motion to Quash Subpoena *Duces Tecum*.

**SO ORDERED.**

                                                            s/
ELLEN SEGAL HUVELLE
United States District Judge