IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BESSIE E. SWANN, | ) |
|     Movant, | ) Case Number 05-MC-0492 (ESH) |
| v. | ) |
| SECRETARY, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | ) |
|     Respondents. | ) |

**NOTICE OF FILING IN CAMERA**

The United States Department of Housing and Urban Development ("HUD"), Respondent, in this miscellaneous action, respectfully files this Notice of Filing *In Camera* to provide notice that HUD is this day filing *in camera* its response to Ms. Swann's Motion to Quash Administrative Subpoena *Duces Tecum* Pursuant to 12 U.S.C. § 3410(a) of the Right to Financial Privacy Act of 1978. Such *in camera* filing is authorized by 12 U.S.C. § 3410(b).

December 23, 2005          Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

Of Counsel:
J. Bryan Howell
Office of Legal Counsel
Office of the Inspector General
Department of Housing and Urban Development