# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**BESSIE E. SWANN,**                    )
                                        )
                      **Movant,**       )
                                        )
            **v.**                      )   **Misc. No.  05-0492 (ESH)**
                                        )
**SECRETARY, DEPARTMENT OF HOUSING**    )
 **& URBAN DEVELOPMENT, *et al.*,**     )
                                        )
                   **Defendants.**      )
_____ )


## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Pursuant to Local Civil Rule 72.3, this Court referred this matter to Magistrate Judge

John M. Facciola for report and recommendation.  Magistrate Judge Facciola issued a report and

recommendation on January 19, 2006.

Under Local Civil Rule 72.3(b), parties may file objections within ten days of service of a

magistrate judge's report.  A party's failure to file an objection within that ten days may waive

appellate review of a District Court order adopting the report and recommendation.  *See* LCvR

72.3(b).

In this case, the Court concurs with the recommendations contained in the magistrate

judge's report.  Since no party has filed any objections within the prescribed ten-day period, it is

this 2nd day of February, 2006, hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED IN**

**FULL**; it is further

**ORDERED** that Movant's Motion to Quash Administrative Subpoena *Duces Tecum*

[# 1] is **DENIED.**

 **SO ORDERED**.


_____ s/
ELLEN SEGAL HUVELLE
United States District Judge


cc:  Magistrate John M. Facciola